No. 40729.—Protest 971082–G of Cudahy Packing Co. (New York).

Opinion by KEEFE, J. On the authority of *Locatelli* v. *United States* (T. D. 48284) the protest was sustained.

No. 40730.—Protest 971736–G of Polly Bros. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 39667 the protest was sustained.

BEFORE THE FIRST DIVISION, MARCH 1, 1939

No. 40731.—Protests 949809–G, etc., of Mattoon & Co. et al. (San Francisco).

Opinion by McCLELLAND, P. J. In accordance with stipulation of counsel and on the authority of *Mitsui* v. *United States* (T. D. 47761) and *Laurence Phillips Lumber Co.* v. *United States* (T. D. 49624) the timber in question was held not subject to duty under the revenue act as claimed.

No. 40732.—Protest 958363–G of Langfelder, Homma & Hayward, Inc. (Los Angeles).

Opinion by SULLIVAN, J. It was stipulated that the merchandise in question consists of tennis rackets similar to those the subject of *May* v. *United States* (T. D. 47760). The claim at 30 percent under paragraph 1502 was therefore sustained.

No. 40733.—Protest 776228–G of A. W. Fenton Co. (Cleveland).

Opinion by SULLIVAN, J. Beach balls similar to those the subject of *United States* v. *Woolworth* (23 C. C. P. A. 98, T. D. 47765) were held dutiable at 30 percent under paragraph 1502 as claimed.

No. 40734.—Protest 957538–G of Halle Bros. Co. (Cleveland).

Opinion by SULLIVAN, J. In accordance with the amended report of the appraiser binoculars valued at not more than $12 each were held dutiable at 45 percent under paragraph 228 and T. D. 48316 as claimed.